## HADWIN *v.* FISK.

A factor cannot pledge, nor give in payment for his own debts, property consigned to him.

THE defendant appealed from a judgment of the Commercial Court, in an
action to recover a quantity of tobacco in hogsheads, alleged to have been
pledged to him by the consignees of the plaintiff, for a debt due by the consig-
nees.  The plaintiff claimed the tobacco or its value.  The defendant alleged
that he had purchased the tobacco from the consignees.  A jury found a verdict
for the plaintiff, and there was judgment accordingly.  The case turned upon
the question of fact, whether there had been a purchase *bona fide*.  In regard to
the only question of law involved, the court, *per* SLIDELL, J., say : On the
question of law the doctrine is well settled that a factor cannot pledge for his
own debts, property consigned to him, nor can he give it in payment for his own
debts.  The judgment below was affirmed.

*C. M. Jones*, for the plaintiff.  *Elwyn* and *Roselius*, for the appellant.